

# THE THIRTEENTH COURT OF APPEALS

13-22-00028-CV

Todd McGowen, Owner of Impero Russo, Inc. d/b/a TYC Auto
v.
Director of the Texas Department of Motor Vehicles

On Direct Appeal from the Motor Vehicle Division of the
Texas Department of Motor Vehicles
MVD Docket No. 20-0012963.ENF

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 14, 2022